UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff-Appellant, ) <br> ) <br> vs. ) <br> ) <br> CHRISTOPHER J. BIGGERS, ) <br> ) <br>     Defendant-Appellee. ) <br> ) | 2:10-cr-003-JCM & 2:10-cr-039 JCM <br><br> USCA Nos. 11-10253 & 11-10254 <br><br><br> ORDER |

ORDER

Presently before the court is Christopher J. Biggers' 28 U.S.C. § 2255 petition. (Doc. #131). The government has filed a non-opposition. (Doc. #133).

Petitioner seeks to have this court vacate its previous judgment and reenter it to enable petitioner to timely file a notice of appeal. In light of the Ninth Circuit's holding in *United States v. Sandoval-Lopez*, 409 F.3d 1193 (9th Cir. 2005), and the government's non-opposition, the court hereby grants petitioner's request.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this court's judgment of conviction as to Christopher J. Biggers, in case no. 2:10-cr-00003-JCM-PAL (doc. #107) be, and the same hereby is, VACATED and immediately REENTERED as of this date.

DATED March 23, 2012.

*James C. Mahan*
_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE