UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-00003-JCM-PAL |
| Plaintiff, | |
| v. | ORDER |
| CHRISTOPHER J. BIGGERS, | |
| Defendant. | |

Presently before the court is Christopher Biggers' motion to enter a corrected order on the docket for this case.  (ECF No. 167).

Biggers requests that the court amend the order, but offers no compelling reason for the amendment.

The court declines.

Accordingly,

IT IS HEREBY ORDERED that petitioner's motion to amend (ECF No. 167) be, and the same hereby is, DENIED.

DATED THIS 27th day of February, 2017.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE